**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

```
ABRAHAM HERRERA HERRERA,       )    No. CV 09-03394 CW
                               )
           Plaintiff,          )    JUDGMENT
                               )
      v.                       )
                               )
MICHAEL J. ASTRUE,             )
Commissioner, Social Security  )
Adminstration,                 )
                               )
           Defendant.          )
_____)
```

   **IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.


DATED:   May 24, 2010

                              _____
                                    CARLA M. WOEHRLE
                              United States Magistrate Judge