**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| Abraham Herrera Herrera, ) | No. CV 09-3394 CW | |
| ) | | |
| Plaintiff, ) | ORDER | |
| ) | | |
| v. ) | | |
| ) | | |
| MICHAEL J. ASTRUE, ) | | |
| Commissioner, Social Security ) | | |
| Adminstration, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Costs, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of  three thousand eight hundred fifty dollars ($3,850.00), as authorized by 28 U.S.C. § 2412(d), and costs in the amount of three hundred fifty dollars ($350.00), as authorized by 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

DATED: July 26, 2010                                      _____/s/_____
                                                                 CARLA M. WOEHRLE
                                                   United States Magistrate Judge